FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 26 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNEST MORDEAU DEAS,<br>A/K/A SHORTY | Criminal Indictment<br><br>No.  **1:24CR-100** |

THE GRAND JURY CHARGES THAT:

### Count One

**Conspiracy to Possess with Intent to Distribute Controlled Substances
21 U.S.C. § 846**

Beginning on a date unknown, but at least as of in or about September 2022, and continuing until in or about July 2023, in the Northern District of Georgia and elsewhere, the defendant, ERNEST MORDEAU DEAS, A/K/A SHORTY, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## Count Two
## Possession with Intent to Distribute Controlled Substances
## 21 U.S.C. §§ 841(a), 841(b)(1)(A)

On or about February 23, 2023, in the Northern District of Georgia and elsewhere, the defendant, ERNEST MORDEAU DEAS, A/K/A SHORTY, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Prior Conviction Notice

Before the defendant, ERNEST MORDEAU DEAS, A/K/A SHORTY, committed the offenses charged in Counts One and Two of this Indictment, ERNEST MORDEAU DEAS, A/K/A SHORTY, was convicted of conspiracy to possess with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841, on or about January 18, 2006, in the United States District Court for the District of South Carolina, serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment within 15 years of the commencement of the instant offenses.

## Forfeiture

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant, ERNEST MORDEAU DEAS, A/K/A SHORTY, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following:

> MONEY JUDGMENT: A sum of money in U.S. currency representing the amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, alleged in Counts One and Two of this Indictment.

If any of the property describe above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A ___True___ BILL

___/s/ Perry Hawick___
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*/s/ John T. DeGenova*
JOHN T. DEGENOVA
*Assistant United States Attorney*
Georgia Bar No. 940689

*/s/ Rebeca M. Ojeda*
REBECA M. OJEDA
*Assistant United States Attorney*
Georgia Bar No. 713997

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181