U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division:  Atlanta
(USAO: 2022R00954)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 26 2024

KEVIN P. WEIMER, Clerk
By· *[signature]*
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Fulton

DISTRICT COURT NO.    **1:24CR-100**

MAGISTRATE CASE NO.

X Indictment
DATE: March 26, 2024

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
ERNEST MORDEAU DEAS, A/K/A SHORTY

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X  Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney:  Rebeca Ojeda
Defense Attorney: